1   MARK B. FREDKIN, ESQ. (SBN 53550)
    MORGAN, FRANICH, FREDKIN & MARSH
2   99 Almaden Boulevard, Suite 1000
    San Jose, California  95113-1613
3   Telephone: (408) 288-8288
    Facsimile:  (408) 288-8325
4
    Attorneys for Defendants
5   PREGAME, LLC (dba PREGAME, INC., aka
    PREGAME.COM), a Nevada Limited Liability
6   Company; RANDALL JAMES BUSACK
    (aka RJ BELL), individually and in his official
7   capacity

8

9                   UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

11

12  DROISYS, INC., a California Corporation,          Case No. 5:15-cv-3358

13                        Plaintiff,                  (Superior Court of California – County
                                                      of Santa Clara Case No.: 115CV281715,
14  vs.                                               Dept. No. 9)

15  PREGAME, LLC (dba PREGAME, INC., aka
    PREGAME.COM), a Nevada Limited Liability          **EXHIBIT IN SUPPORT OF NOTICE
16  Company; RANDALL JAMES BUSACK                     OF REMOVAL OF ACTION UNDER
    (aka RJ BELL), individually and in his official   28 U.S.C. §§ 1441(b), 1446 (Diversity)**
17  capacity; and DOES 1 to 50,

18                        Defendants.

19

20

21  **TO ALL PARTIES, THEIR ATTORNEYS OF RECORD AND THE CLERK OF**

22  **THE ABOVE-ENTITLED COURT:**

23          **PLEASE TAKE NOTICE** that Defendants, PREGAME, LLC (dba PREGAME,

24  INC., aka PREGAME.COM), a Nevada Limited Liability Company, and RANDALL

25  JAMES BUSACK hereby submit the following Exhibit in support of the Notice of

26  Removal of Action Under 28 U.S.C. §§ 1441(b), 1446 (Diversity).

27

28

EXHIBIT IN SUPPORT OF NOTICE OF REMOVAL OF ACTION

1  Dated:  July 21, 2015          MORGAN, FRANICH, FREDKIN & MARSH

2

3

                              By:  */s/ Mark B. Fredkin*_____

4                                MARK B. FREDKIN, ESQ.

5                                Attorneys for Defendants

6                                PREGAME, LLC and RANDALL
                                JAMES BUSACK (aka RJ BELL)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

PREGAME, LLC (dba PREGAME, INC., aka PREGAME.COM) a
Nevada limited liability company; (see attachment)

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

DROISYS, INC., a California Corporation

ENDORSED
2015 JUN 10 P 2: 48

David H. Yamasaki, Clerk of the Superior Court
County of Santa Clara, California
By **Sharon Ulleseit**
Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*  Santa Clara County | **CASE NUMBER:**<br>*(Número del Caso):*  **115CV281715** |

Downtown Superior Court
191 North First Street, San Jose, CA 95113

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Omair M. Farooqui, Esq., 12 South First Street, Suite 600, San Jose, CA 95113, (408) 294-0404

**Sharon Ulleseit**

| | | | |
|---|---|---|---|
| DATE: JUN 10 2015<br>*(Fecha)* | **DAVID H. YAMASAKI**<br>Chief Executive Officer-Clerk | Clerk, by<br>*(Secretario)* _____ | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [✗] as an individual defendant.
2. [✓] as the person sued under the fictitious name of *(specify):*
   RANDALL JAMES BUSACK (dba and/or aka RJ BELL)
3. [✓] on behalf of *(specify):* PREGAME, LLC (dba and/or aka PREGAME, INC.)

   under: [✓] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [✓] by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| DROISYS, INC. v. PREGAME, INC. ET AL. | |

### INSTRUCTIONS FOR USE

➔ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

➔ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff   ☑ Defendant   ☐ Cross-Complainant   ☐ Cross-Defendant

RANDALL JAMES BUSACK (aka RJ BELL), individually and in his official capacity; and DOES 1 to 50

Page __2__ of __2__

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) (Rev. January 1, 2007)

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Omair M. Farooqui (SBN 207090)
Ellahie & Farooqui, LLP
12 South First Street, Suite 600
San Jose, CA 95113

TELEPHONE NO.: (408) 294-0404   FAX NO.:

ATTORNEY FOR *(Name):* DROISYS, INC.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Downtown Superior Court

**ENDORSED**
2015 JUN 10 P 2: 48
**Sharon Ulleseit**
Clerk of the Court
County of Santa Clara
By_____ Deputy Clerk

CASE NAME:
DROISYS, INC. v. PREGAME, LLC, ET AL.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited ☐ Limited | ☐ Counter ☐ Joinder | **115CV281715** |
| (Amount demanded exceeds $25,000) | (Amount demanded is $25,000 or less) | JUDGE: |
| | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☑ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify):* 6
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: June 10, 2015

Omair M. Farooqui, Esq.
(TYPE OR PRINT NAME)                ► _____ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]                **CIVIL CASE COVER SHEET**                Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

1 | Javed I. Ellahie (SBN 63340)
2 | Omair M. Farooqui (SBN 207090)
  | Ellahie & Farooqui, LLP
3 | 12 South First Street, Suite 600
  | San Jose, California 95113
4 | Telephone:  (408) 294-4404
  | Facsimile: (408) 294-6659

**ENDORSED**

2015 JUN 10 P 2: 48

**Sharon Ulleseit**

6 | Attorneys for Plaintiff, DROISYS, INC.

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF SANTA CLARA

DROISYS, INC., a California Corporation,

    Plaintiff,

v.

PREGAME, LLC (dba PREGAME, INC., aka
PREGAME.COM), a Nevada Limited Liability
Company; RANDALL JAMES BUSACK (aka
RJ BELL), individually and in his official
capacity; and DOES 1 to 50,

    Defendants.

Case No.: **115CV281715**

**COMPLAINT FOR:**

1. **BREACH OF CONTRACT;**
2. **VIOLATIONS OF BUSINESS AND PROFESSIONS CODE §17200, et seq.;**
3. **UNJUST ENRICHMENT;**
4. **QUANTUM MERUIT (REASONABLE VALUE OF WORK, LABOR, AND SERVICES PERFORMED);**
5. **COMMON COUNTS; and**
6. **IMPOSITION OF ALTER EGO LIABILITY.**

Plaintiff, DROISYS, INC. ("DROISYS"), hereby alleges as follows:

## PARTIES

1.    Plaintiff, DROISYS, is now and at all times herein mentioned, a California corporation with its principal place of business at 4800 Patrick Henry Drive, Santa Clara, CA 95054.  DROISYS is in the business of software development.

COMPLAINT, Page 1

ELLAHIE & FAROOQUI LLP
12 South First Street, Suite 600
San Jose, California 95113
Telephone: (408) 294-0404/Facsimile: (408) 294-6659

2.   Defendant, PREGAME, LLC (dba PREGAME, INC., aka PREGAME.COM) ("PREGAME"), is now and at all times herein mentioned, a Nevada limited liability company with its principal place of business at 5860 South Pecos Road, Suite 400, Las Vegas, NV 89120-5429.  PREGAME is in the business of online gaming.

3.   Upon information and belief, Defendant, Randall James Busack ( aka RJ Bell) ("Mr. Busack"), is now and at all times herein mentioned, is an individual and alter ego and successor in interest to PREGAME, and is the owner, chief executive officer ("CEO"), and founder of PREGAME.  Upon information and belief, he resides in Clark County, Nevada.

4.   At all times herein mentioned, the true names and capacities (whether individual, corporate, associate or otherwise) of, and/or the basis of, any allegation of liability against, Defendants DOES 1 to 50 are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.  Plaintiff will amend the Complaint to show the true names and capacities of, and/or the basis of any such allegation of liability against these Defendants when the same have been ascertained.  Plaintiff is informed and believes, and thereon alleges that each of said Defendants is liable to Plaintiff.

## JURISDICTION AND VENUE

5.   This Court is proper because DROISYS and Defendants contracted to have any disputes pertaining to the Professional Service Agreement (attached at Exhibit "A") to be heard in the Courts of Santa Clara County, California.  Furthermore, the injuries to Plaintiff occurred in its jurisdictional area, Plaintiff's principal place of business is within this jurisdictional area, and PREGAME and Mr. Busack offer online services and receive benefits within this jurisdictional area.

## GENERAL ALLEGATIONS

6.   Plaintiff realleges and incorporates by reference paragraphs 1 through 5 as though fully set forth herein.

COMPLAINT, Page 2

7.     Plaintiff is informed and believes and thereon alleges that there exists such a unity of interest and ownership between Defendants that the individuality and separateness of said Defendants ceases to exist.  The business affairs of said Defendants at all relevant times were and are so mixed and intermingled that the same cannot reasonably be segregated, and the same are in inextricable confusion.  Defendant PREGAME is and was used by Defendant Mr. Busack as a mere shell and conduit for the conduct of certain online business affairs.  All business operations by the entity was under the sole and direct control of Mr. Busack personally.  The recognition of the separate existence of Defendants would not promote justice in that it would permit Defendant Mr. Busack to insulate himself from personal liability to Plaintiff.  Accordingly, PREGAME constitutes the alter ego of Defendant Mr. Busack, and the fiction of their separate existence must be disregarded.

8.     Plaintiff is informed and believes, and thereupon alleges that at all times Defendant Mr. Busack commingled and diverted corporate funds and assets for personal use and/or to avoid payment to Plaintiff.

### FIRST CAUSE OF ACTION
**(Breach of Written Contract – Against All Defendants)**

9.     Plaintiff realleges and incorporates by reference paragraphs 1 through 8 as though fully set forth herein.

10.     On or about April 26, 2011, DROISYS and Defendants entered into a written contract entitled, Professional Service Agreement ("Agreement") (Exhibit "A"), whereby DROISYS was to provide information systems planning analysis, design, development, management, technical and project consulting services ("Services") in exchange for payment as set forth in the Normal Price Sheet (Table – 1) of the Agreement.

11.     The Agreement provides for a rate of $25 per hour, for each billable hour of development, plus an additional $35 of Compensatory Units in PREGAME for each billable

ELLAHIE & FAROOQUI LLP
12 South First Street, Suite 600
San Jose, California 95113
Telephone:  (408) 294-0404/Facsimile:  (408) 294-6659

1    hour of development.  Defendants also agreed to pay $750 in cash for each week onsite in Las

2    Vegas plus billable hours.  Additional payment terms are set forth in the <u>Normal Price Sheet</u> of

3    the Agreement.

4          12.     DROISYS completed all work and fulfilled all obligations under the Agreement

5    from on or about April 2011 through April 2014.

6          13.     DROISYS provided Services valued at approximately $1,142,737.50.  Although

7    some payments were made under the Agreement, there is currently an outstanding balance of

8    approximately $863,661.50 ($777,694 on the payable note, and $85,967.50 on the receivables).

9          14.     The Agreement between DROISYS and Defendants constitutes a valid and

10   enforceable agreement.

11         15.     Defendants knowingly failed to perform its obligations under the Agreement,

12   including failing to make payments and providing compensation as set forth in the Agreement.

13   All conditions required by the contract for Defendants' performance had occurred.

14         16.     Defendants' failure to perform its obligations are unjustified and/or unexcused.

15         17.     Because of Defendants' conduct hereinabove alleged, Plaintiff has suffered

16   monetary damages in an amount according to proof at trial, penalties and interest, and pursuant

17   to the Agreement, collection fees, reasonable attorneys' fees, expenses and costs, including but

18   not limited to witness fees.

19 **SECOND CAUSE OF ACTION**
**(Violation of California Business and Professions Code § 17200 – Against All Defendants)**

20

21         18.     Plaintiff hereby realleges and incorporates by reference, as though fully set forth

   herein, the allegations contained in paragraphs 1 through 17.

22

23         19.     By engaging in foregoing conduct, the acts of Defendants constitute unfair and

   unlawful business practices under Business and Professions Code §17200 *et seq.*

24

25

COMPLAINT, Page 4

**ELLAHIE & FAROOQUI LLP**
12 South First Street, Suite 600
San Jose, California 95113
Telephone: (408) 294-0404/Facsimile: (408) 294-6659

20.     Defendants' violations constitute unfair business practices because they were done repeatedly over a significant period of time and in a systematic manner to the detriment of Plaintiff.  Defendants' unlawful actions constitute a business policy and practice with willful and flagrant violations.

21.     Because of Defendants' conduct hereinabove alleged, Plaintiff has suffered monetary damages and attorneys' fees in an amount according to proof at trial, plus penalties and interest.

### THIRD CAUSE OF ACTION
**(Unjust Enrichment – Against All Defendants)**

22.     Plaintiff realleges and incorporates by reference paragraphs 1 through 21 as though fully set forth herein.

23.     DROISYS entered into a written contract with Defendants.  Under the Agreement, DROISYS was to provide Services in exchange for payment as set forth in the Normal Price Sheet (Table – 1) of the Agreement.

24.     DROISYS completed all work and fulfilled all obligations under the Agreement.

25.     Defendants have received a value of approximately $1,142,737.50 worth of Services from DROISYS from April 2011 through April 2014, as requested and set forth in the invoices.

26.     Defendants have not provided the benefits that they agreed to and/or promised to provide under the Agreement.

27.     Defendants received benefits at Plaintiff's expense from its wrong, improper, and unjust actions, including, but not limited to, failing to make payments to Plaintiff.

28.     Defendants knowingly failed to perform its obligations under the Agreement, including failing to make payments and providing compensation as set forth in the Agreement.

29.     Defendants' failure to perform its obligations are unjustified and/or unexcused.

ELLAHIE & FAROOQUI LLP
12 South First Street, Suite 600
San Jose, California 95113
Telephone:  (408) 294-0404/Facsimile:  (408) 294-6659

30.   Plaintiff seeks restitution from Defendants relating to their ill-gotten gains received at Plaintiff's expense.

31.   Because of Defendants' conduct hereinabove alleged, Plaintiff has suffered monetary damages in an amount according to proof at trial, penalties and interest, and pursuant to the Agreement, collection fees, reasonable attorneys' fees, expenses and costs, including but not limited to witness fees.

## FOURTH CAUSE OF ACTION
### (Quantum Meruit (Reasonable Value of Work, Labor, and Services Performed) – Against All Defendants)

32.   Plaintiff hereby realleges and incorporates by reference, as though fully set forth herein, the allegations contained in paragraphs 1 through 31.

33.   From on or about April 2011 through April 2014, DROISYS provided Services to Defendants without receiving compensation pursuant to the terms of the Agreement. Defendants were unjustly enriched for taking those services without compensating Plaintiff.

34.   Defendants requested, by written contract, words, and conduct, that Plaintiff perform Services for the benefit of Defendants.  Plaintiff performed the Services requested but has not been compensated for those Services as agreed.  Defendants benefitted from and continues to benefit from Plaintiff's work and Services.

35.   As a result, Defendants were unjustly enriched while Plaintiff has not been compensated for Services performed for Defendants.  Compensation remains due and unpaid, and Plaintiff is entitled to the reasonable market value of the Services that were provided. Plaintiff seeks the reasonable value for the Services provided to Defendants, attorneys' fees, and relief as hereinafter provided.

ELLAHIE & FAROOQUI LLP
12 South First Street, Suite 600
San Jose, California 95113
Telephone:  (408) 294-0404/Facsimile:  (408) 294-6659

## FIFTH CAUSE OF ACTION
### (Common Counts – Against All Defendants)

36.     Plaintiff hereby realleges and incorporates by reference, as though fully set forth herein, the allegations contained in paragraphs 1 through 35.

37.     Plaintiff alleges that Defendants, and each of them, became indebted to Plaintiff within the last four years on an open book account for money due and because an account was stated in writing by and between Plaintiff and Defendants in which it was agreed that Defendants were indebted to Plaintiff.

38.     Within the last four years, Defendants, and each of them, became indebted to Plaintiff for work, labor, services and materials rendered at the special instance and request of Defendants and for which Defendants promised to pay Plaintiff as set forth in the Normal Price Sheet (Table 1) of the Agreement, a remaining sum of $863,661.50 ($777,694 on the payable note, and $85,967.50 on the receivables).

39.     $863,661.50, which is the reasonable value, is due and unpaid despite Plaintiff's demand, plus prejudgment interest, according to proof.

40.     Plaintiff is also entitled to attorney fees by an agreement and by statute, according to proof.

## SIXTH CAUSE OF ACTION
### (Imposition of Alter Ego Liability – Against All Defendants)

41.     Plaintiff hereby realleges and incorporates by reference, as though fully set forth herein, the allegations contained in paragraphs 1 through 40.  This cause of action is brought against all Defendants jointly and individually.

42.     Plaintiff is informed and believes and on that basis alleges that PREGAME is a limited liability company organized under the State Laws of Nevada.

COMPLAINT, Page 7

ELLAHIE & FAROOQUI LLP
12 South First Street, Suite 600
San Jose, California 95113
Telephone:  (408) 294-0404/Facsimile:  (408) 294-6659

43.   Plaintiff is informed and believes and on that basis alleges that Defendant, Mr. Busack, is an Officer/Director/Principal/CEO/Founder of PREGAME.

44.   Plaintiff is informed and believes and thereon alleges that there exists such a unity of interest and ownership between Defendants that the individuality and separateness of said Defendants ceases to exist. The business affairs of said Defendants at all relevant times were and are so mixed and intermingled that the same cannot reasonably be segregated, and the same are in inextricable confusion. Defendants were and are used by Defendant, Mr. Busack, as mere shells and conduits for the conduct of certain of his online business affairs. All business operations by the entities were under the sole and direct control of Mr. Busack personally. The recognition of the separate existence of Defendants would not promote justice in that it would permit Defendant Mr. Busack to insulate himself from personal liability to Plaintiff. Accordingly, Defendants constitute the alter egos of Defendant Mr. Busack, and the fiction of their separate existence must be disregarded.

45.   Plaintiff is informed and believes, and thereon alleges that Mr. Busack has committed additional acts and omissions sufficient to impose alter ego liability on which Plaintiff is presently unaware. Additional acts and omissions on the part of Mr. Busack consistent with those factors listed in *Associated Vendors, Inc. v. Oakland Meat Co.* (1962) 210 Cal.App.2d 825, 838-40, and subsequent cases, will be developed during discovery in this litigation.

46.   Plaintiff is informed and believes, and thereon alleges that at all times Defendant Mr. Busack commingled and diverted corporate funds and assets for personal use and/or to avoid payment to Plaintiff.

47.   Adherence to the fiction and separate existence of PREGAME, as an entity distinct from Mr. Busack, would permit an abuse of the corporate privileges, sanction fraud, and promote injustice. PREGAME has insufficient assets to respond to the ultimate award of

ELLAHIE & FAROOQUI LLP
12 South First Street, Suite 600
San Jose, California 95113
Telephone: (408) 294-0404/Facsimile: (408) 294-6659

1  economic, general, special, and incidental damages, costs, and attorney's fees and punitive

2  damages entered in this case. Further, an award of punitive damages against PREGAME alone

3  will not accurately reflect the amount necessary for punishment of Mr. Busack, the officers,

4  directors, and controlling shareholders of this corporation, who have abused the corporate

5  privilege to commit the acts herein alleged by Plaintiff.

6       48.    Wherefore, Plaintiff is entitled to restitution, damages, attorneys' fees, and

7  penalties in an amount to be ascertained at trial according to proof.

8  **PRAYER FOR RELIEF**

9      WHEREFORE, Plaintiff prays for judgment as follows:

10  A.  Entry of judgment against Defendants on all counts of the Complaint;

11  B.  For actual and consequential damages as the proof at trial shall indicate is appropriate;

12  C.  For restitution against Defendants including, but not limited to restitution based on

13      Defendants' unjust enrichment and/or ill-gotten gains received at Plaintiff's expense;

14  D.  For pre-judgment and post-judgment interest at the legal rate;

15  E.  For Plaintiff's collection fees incurred, according to proof;

16  F.  For Plaintiff's reasonable attorneys' fees, according to proof;

17  G.  For punitive damages;

18  H.  For all expenses and costs of suit incurred herein, including but not limited to expert

19      witness fees; and

20  I.  For such other and further relief as the Court may deem just and proper.

21  **DEMAND FOR JURY TRIAL**

22      Plaintiff hereby demands a trial by jury.

23  Dated: June 10, 2015             ELLAHIE & FAROOQUI, LLP

24                                   Omair M. Farooqui, Esq.

25                                   Attorneys for Plaintiff.

**ELLAHIE & FAROOQUI LLP**
12 South First Street, Suite 600
San Jose, California 95113
Telephone: (408) 294-0404/Facsimile: (408) 294-6659

# Exhibit A



# DROISYS I.C

## PROFESSIONAL SERVICE AGREEMENT

This Professional Services Agreement (AGREEMENT) effective as of the April 26th 2011 is made by and between "Droisys, Inc." (Hereafter "Vendor"), a California Corporation with office at 4800 Patrick Henry Dr., Santa Clara, CA 95054 and "Pregame, Inc. (Hereafter "Customer") a Nevada corporation with office at 5860 S Fcoss Rd, Suite #09, Las Vegas NV 89120 – 5429 (Hereafter CLIENT/Customer), Droisys, Inc. has experience and expertise in providing information systems planning analysis, design, development, management, technical and project consulting ("Services"), and Customer desires to use such services to meet its business needs. Therefore, the parties agree as follows:

## ENGAGEMENT

CLIENT hereby agrees to engage Vendor to provide Services specified in attachment A, hereto, which is (are) incorporated herein by reference, under the general terms and conditions of the AGREEMENT.

## SERVICES

Vendor's Consultant(s) shall provide services at Customer site or on premises specified by Customer or Droisys office. Consultant(s) shall work according to the schedule included in Attachment(s).

Customer may request Vendor to provide Consultant(s) with unique skills and/or experience. Vendor shall use its best efforts to provide such resources to Customer for the time period requested by Customer. If the Consultant(s) is unable to perform his/her duties for more than two weeks for whatsoever reason (vacation etc.), Vendor shall provide another Consultant(s) to act in his/her place during the period of time that the Consultant is unavailable. Vendor represents that it will provide competent, trained personnel to perform services for Customer.

## RATES, CHARGES AND PAYMENTS

Customer agrees to pay Vendor for actual services rendered by each consultant provided to Customer by Vendor in accordance with the rates specified in Attachment(s). Customer shall not pay Vendor for any other expenses for the services provided by the Consultant(s) other than as stated herein. Should Customer require any vendor team member(s) to travel to or commute to any other location, then Customer shall pay the vendor for all reasonable expenses incurred, including per diem, local travel, air travel, hotel stay and so on in accordance with the policies in force for Customer's own employees. In addition to that, there will be 10% processing charges, if customer require vendor to manage, book travel, arrange lodging etc.

Invoices will be rendered semi monthly basis for Services rendered and expenses incurred and are due and payable as received by Customer. All invoices shall accompany Approved timesheet by clients' representative. Customer will be invoiced only for the period on the approved timesheet. Approved timesheets will be treated as acceptance of our consultants work.

## NON-SOLICITATION

During the term of this Agreement and for a period of two (2) years after or later of the date of this Agreement or the completion of any SOW under this Agreement, each party agrees not to, directly or indirectly, initiate employment discussions with, hire or use in any way the services of an employee or contractor of the other Party. The parties specifically agree that a material, incurred breach of this provision will entitle the non-breaching Party to agreed upon liquidated damages. This provision also applies to employees and contractors who are no longer employed by the Vendor.

## TAXES

Vendor is responsible for compensating its employees and all associated payroll taxes and income taxes. All fees payable hereunder are exclusive of all other taxes, however designated, such as customs, privilege, excise, sales, use, value added, and property taxes levied or based on gross revenue of the AGREEMENT. CUSTOMER will pay all such taxes or provide to Vendor a certificate of exemption from such taxes acceptable to the appropriate taxing authority.

Initials of Signatories: (1) _RB_ (Customer)    (2) _AG_ (Droisys)



# DROISYs INC

**TERM**

This Agreement shall commence upon execution and shall remain in full force and effect until terminated as hereinafter defined. Either party may terminate any Attachment hereto by giving minimum 30 days notice in writing to the other party.

**CONFIDENTIALITY AND PROPRIETARY RIGHTS**

Proprietary information includes, Licensed Products, processes, formulas, data, programs, know-how, improvements, discovery, developments, designs, inventions, techniques, marketing plans, strategies, forecasts, unpublished financial statements, budgets, projections, client lists, other information which has commercial value in the business in which the parties are engaged. Vendor and Customer mutually agree to hold each other's proprietary information confidential and take all reasonable precautions consistent with generally accepted standards in the data processing industry to safeguard the confidentiality of this information. No portion of the Proprietary Information may be disclosed, furnished, transferred or made available by Vendor or Customer to third parties except to those of its employees (or subcontractors who have entered into a confidential agreement) who need to use such Proprietary Information in their duties related to this AGREEMENT. Vendor and Customer agree to take appropriate actions by instruction, agreement and otherwise with such employees (or subcontractors) to inform them of the proprietary and confidential nature of such information and to obtain their compliance with the terms of this Agreement. The obligations of this section will survive the termination of the Agreement.

CUSTOMER recognizes Vendor to be a supplier of information systems related professional services and that Vendor actively markets software products as part of its business. Vendor assumes no responsibility arising out of information and know-how furnished by CUSTOMER to Vendor. This paragraph shall expire one (1) year after the termination of the AGREEMENT. However, it shall not apply to information, which is in the public domain, is independently developed by Vendor or is made known to Vendor by someone other than CUSTOMER.

**LIMITATION OF LIABILITY**

VENDOR SHALL USE ITS BEST EFFORTS TO PROVIDE THE SERVICES REQUIRED HEREUNDER. CUSTOMER ACKNOWLEDGES VENDOR IS ONLY ABLE TO PROVIDE SERVICES BASED ON THE QUALITY OF INFORMATION AND WORK SPECIFICATIONS SUPPLIED BY CUSTOMER. VENDOR SHALL BE INDEMNIFIED AND SAVED HARMLESS BY CUSTOMER FROM AND AGAINST ALL LOSSES, CLAIMS, DAMAGES, PENALTIES, COST, AND EXPENSES INCURRED BY CUSTOMER OR VENDOR ARISING OUT OF THE PERFORMANCE OR NON-PERFORMANCE OF VENDOR OBLIGATIONS UNDER THIS AGREEMENT. VENDOR SHALL NOT BE LIABLE TO CUSTOMER FOR ANY SPECIAL DIRECT, INDIRECT OR CONSEQUENTIAL DAMAGES INCLUDING, BUT NOT LIMITED TO, LOST PROFITS, EVEN IF THE PARTIES HAVE KNOWLEDGE OF THE POSSIBILITY OF SUCH DAMAGES. SIGNED TIMESHEET BY CLIENT'S REPRESENTATIVE WILL BE TREATED AS THE ACKNOWLEDGEMENT OF VENDOR'S CONSULTANT WORK TO CLIENT'S SATISFACTION.

**MISCELLANEOUS**

CUSTOMER agrees not to hire any employee or consultant of vendor, during the term of the contract and for a period of two year from the termination of the employee, unless consultant exempted in Appendix "A"

All questions concerning the validity, interpretation or performance of any of its terms or provisions or of any rights or obligations of the parties hereto, shall be resolved in the Court of Santa Clara County, CA USA.

In the event an account is placed for collection or any legal action is instituted to enforce any of the terms of this AGREEMENT, the prevailing party shall be entitled to collection fees, reasonable attorneys fees, expenses and costs, including, but not limited to, expert witness fees.

Initials of Signatories: (1)_____ (Customer)          (2)_____, (Droisys)



# DROISYS INC

The parties have caused this AGREEMENT to be executed by their duly authorized representatives.

Date Accepted: April 26th 2011

Pregame.com

By: _Kendal Brissett_

Name: Kendall Bissett

Title: CEO

Date: April 26, 2011

Droisys Inc.

By: _Alok_

Name: Alok Goel

Title: EVP

Date: April 26, 2011



# DROISYS INC

## Table – 1
## Normal Price Sheet

| S. No. | Resource Skill Level and location | Rates Per Hour) | Location |
|---|---|---|---|
| 1 | Program Manager/Lead Developer (India team resource in US) | US $25 | USA |
| 2 | 03 Developers, India | US $25 | India |
| 3 | QA Lead as needed, India | US $25 | India |

1. Pregame.com will pay US $25 cash for each billable hour of development.
2. Pregame.com will also grant an additional US $35 of Compensatory Units in Pregame LLC for each billable hour of development.
3. In the event of a sale of Pregame LLC (whether by merger or acquisition) if Droisys' proceeds from Compensatory Units (including both annual profit sharing and profit from the sale) does not at least equal its hours billed times $25.00, then Pregame shall pay Droisys difference in cash at the closing of the sale.
4. Pregame will pay US $750 cash for each week onsite in Las Vegas plus billable hours.
5. Prior to 4/25/2011 the only Billing will be one week of Telligent discovery.

Additional Terms:
1) Semi Monthly invoicing.
2) Payment will be due as received.
3) Minimum 4 full time resource commitment per month as soon project initiated.
4) Either party can terminate contract by giving 90 days notice in writing.

5) ALL intellectual property created during development, including but not limited to the software code, is owned fully and exclusively by Pregame LLC.

RB

AG          Droisys Initials

Initials of Signatories: (1) _____ RB _____ (Customer)          (2) _____ AG _____ (Droisys)

# DROISYS INC

## Appendix "A"

PO No: 20110419_01                          Date: April 26th 2011

COMPANY:                                    CLIENT ID:
Pregame.com                                 Pregame
5860 S Pecos Rd # 400
Las Vegas, NV 89120-5429

fax number / email                          Attn:
rj@pregame.com                              RJ Bell

PAYMENT TERMS:                              ACCOUNT MANAGER:
Due upon receipt                            Sanjiv Goyal

This Statement of Work shall be governed by the terms and conditions of the Agreement. All defined terms used herein shall have the same meaning as set forth in the Agreement. If the terms of this Statement of Work conflict with the terms of the Agreement, the terms of the Agreement shall govern.

| | |
|---|---|
| PREMISES | Pregame.com 5860 S Pecos Rd # 400 Las Vegas, NV 89120-5429 or Droisys Inc. (US/India office) |
| CONTACT PERSON | RJ Bell |

| EXPENSES (Exc. Taxes) (Indicate if detailed in Schedule B) | | As per Agreement | |
|---|---|---|---|
| **A.  FIXED PRICE CONTRACT** | | **B.   TIME AND MATERIALS CONTRACT** | |
| PRICE | NA | RATE (Normal hrs) | As per Table 1 |
| PAYMENT SCHEDULE | NA | RATE (Overtime) (per hr) | Regular |
| Tick here if detailed in Schedule B | NA | MAXIMUM HOURS | NA |
| Project | As per sheet enclosed | | |
| START DATE | April 15th, 2011 | COMPLETION DATE | TBD |

| FOR Pregame.com: | | FOR Droisys Inc. | |
|---|---|---|---|
| SIGN | Randee Bell | SIGN | Alok |
| PRINT NAME | Randall Busack | PRINT NAME | Alok Goel |
| TITLE | CEO | TITLE | EVP |
| DATE | 5/12/11 | DATE | April 26, 2011 |

Initials of Signatories: (1) _RB_ (Customer)        (2) _A.G._ (Droisys).

ATTACHMENT CV-5012

# CIVIL LAWSUIT NOTICE

**Superior Court of California, County of Santa Clara**
**191 N. First St., San Jose, CA  95113**

CASE NUMBER: **115CV281715**

## PLEASE READ THIS ENTIRE FORM

_PLAINTIFF_ (the person suing):  Within 60 days after filing the lawsuit, you must serve each Defendant with the _Complaint, Summons_, an _Alternative Dispute Resolution (ADR) Information Sheet_, and a copy of this _Civil Lawsuit Notice_, and you must file written proof of such service.

_DEFENDANT_ (The person sued):  **You must do each of the following to protect your rights:**

1. You must file a **written response** to the _Complaint, using the proper legal form or format,_ in the Clerk's Office of the Court, within **30 days** of the date you were served with the _Summons_ and _Complaint_;
2. You must serve by mail  a copy of your written response on the  Plaintiff's attorney or on the Plaintiff if Plaintiff has no attorney (to "serve by mail" means to have an adult other than yourself mail a copy); and
3. You must attend the first Case Management Conference.

**Warning: If you, as the Defendant, do not follow these instructions,**
**you may automatically lose this case.**

_RULES AND FORMS:_  You must follow the California Rules of Court and the Superior Court of California, County of Santa Clara Local Civil Rules and use proper forms.  You can obtain legal information, view the rules and receive forms, free of charge, from the Self-Help Center at 99 Notre Dame Avenue, San Jose (408-882-2900 x-2926), www.scselfservice.org (Select "Civil") or from:

- State Rules and Judicial Council Forms:  www.courtinfo.ca.gov/forms and www.courtinfo.ca.gov/rules
- Local Rules and Forms:  http://www.sccsuperiorcourt.org/civil/rule1toc.htm

_CASE MANAGEMENT CONFERENCE (CMC):_  You must meet with the other parties and discuss the case, in person or by telephone, at least 30 calendar days before the CMC.  You must also fill out, file and serve a _Case Management Statement_ (Judicial Council form CM-110) at least 15 calendar days before the CMC.

**You or your attorney must appear at the CMC.**  You may ask to appear by telephone – see Local Civil Rule 8.

_Your Case Management Judge is:_ **Mary Arand** _____ Department: **9** _____

The 1st CMC is scheduled for: (Completed by Clerk of Court) ·
Date: **OCT 06 2015** Time: **1:30pm** in Department: **9** _____

The next CMC is scheduled for: (Completed by party if the 1st CMC was continued or has passed)
Date: _____ Time: _____ in Department: _____

_ALTERNATIVE DISPUTE RESOLUTION (ADR):_  If all parties have appeared and filed a completed _ADR Stipulation Form_ (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference. Visit the Court's website at www.sccsuperiorcourt.org/civil/ADR/ or call the ADR Administrator (408-882-2100 x-2530) for a list of ADR providers and their qualifications, services, and fees.

_WARNING:_ Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

# SANTA CLARA COUNTY SUPERIOR COURT
## ALTERNATIVE DISPUTE RESOLUTION
### INFORMATION SHEET

Many cases can be resolved to the satisfaction of all parties without the necessity of traditional litigation, which can be expensive, time consuming, and stressful. The Court finds that it is in the best interests of the parties that they participate in alternatives to traditional litigation, including arbitration, mediation, neutral evaluation, special masters and referees, and settlement conferences. Therefore, all matters shall be referred to an appropriate form of Alternative Dispute Resolution (ADR) before they are set for trial, unless there is good cause to dispense with the ADR requirement.

*What is ADR?*
ADR is the general term for a wide variety of dispute resolution processes that are alternatives to litigation. Types of ADR processes include mediation, arbitration, neutral evaluation, special masters and referees, and settlement conferences, among others forms.

*What are the advantages of choosing ADR instead of litigation?*
ADR can have a number of advantages over litigation:

- **ADR can save time.** A dispute can be resolved in a matter of months, or even weeks, while litigation can take years.

- **ADR can save money.** Attorney's fees, court costs, and expert fees can be reduced or avoided altogether.

- **ADR provides more participation.** Parties have more opportunities with ADR to express their interests and concerns, instead of focusing exclusively on legal rights.

- **ADR provides more control and flexibility.** Parties can choose the ADR process that is most likely to bring a satisfactory resolution to their dispute.

- **ADR can reduce stress.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere of litigation. Surveys of parties who have participated in an ADR process have found much greater satisfaction than with parties who have gone through litigation.

*What are the main forms of ADR offered by the Court?*
**Mediation** is an informal, confidential, flexible and non-binding process in the mediator helps the parties to understand the interests of everyone involved, and their practical and legal choices. The mediator helps the parties to communicate better, explore legal and practical settlement options, and reach an acceptable solution of the problem. The mediator does not decide the solution to the dispute; the parties do.

Mediation may be appropriate when:
- The parties want a non-adversary procedure
- The parties have a continuing business or personal relationship
- Communication problems are interfering with a resolution
- There is an emotional element involved
- The parties are interested in an injunction, consent decree, or other form of equitable relief

**Neutral evaluation**, sometimes called "Early Neutral Evaluation" or "ENE", is an informal process in which the evaluator, an experienced neutral lawyer, hears a compact presentation of both sides of the case, gives a non-binding assessment of the strengths and weaknesses on each side, and predicts the likely outcome. The evaluator can help parties to identify issues, prepare stipulations, and draft discovery plans. The parties may use the neutral's evaluation to discuss settlement.

Neutral evaluation may be appropriate when:
- The parties are far apart in their view of the law or value of the case
- The case involves a technical issue in which the evaluator has expertise
- Case planning assistance would be helpful and would save legal fees and costs
- The parties are interested in an injunction, consent decree, or other form of equitable relief

*-over-*

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION SHEET
CIVIL DIVISION**

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 99 Almaden Boulevard, Suite 1000, San Jose, California 95113-1606. On the date indicated below, I caused to be served in the manner indicated below the following documents:

**EXHIBIT IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441(b), 1446 (Diversity)**

| XX | **MAIL** I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at San Jose, California. |
|---|---|
|  | **FACSIMILE** I am readily familiar with the practice of this business for processing of documents via Telefax. Documents so processed are sent through the Telefax machine in our office and received simultaneously at their destination. The above-referenced document(s) were placed in the Telefax machine with all costs of Telefaxing prepaid, directed to each of the below listed parties using their Telefax number(s), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. |
|  | **FEDERAL EXPRESS** by placing a true copy thereof (to which was attached a copy of this document) in a sealed envelope, and transmitting said documents via Federal Express, guaranteed overnight delivery, to person(s) address as follows: |
|  | **BY ELECTRONIC MAIL.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed as follows: |
| XX | **(FEDERAL):** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Executed on July 21, 2015 at San Jose, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



JACKLYN LE

1

## SERVICE LIST

2

| Javed I. Ellahie<br>Omair M. Farooqui<br>Ellahie & Farooqui, LLP<br>12 South First Street, Suite 600<br>San Jose, CA 95113<br>T: (408) 284-0404<br>F: (408) 294-6659 | *Attorneys for Plaintiff*<br>**DROISYS, INC.** |
|---|---|