MARK B. FREDKIN, ESQ. (SBN 53550)
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Defendants
PREGAME, LLC (dba PREGAME, INC., aka PREGAME.COM), a Nevada Limited Liability Company; RANDALL JAMES BUSACK (aka RJ BELL), individually and in his official capacity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| DROISYS, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PREGAME, LLC (dba PREGAME, INC., aka PREGAME.COM), a Nevada Limited Liability Company; RANDALL JAMES BUSACK (aka RJ BELL), individually and in his official capacity; and DOES 1 to 50,<br><br>　　　　　　Defendants. | Case No. 5:15-cv-03358-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME BY WHICH TO COMPLETE MEDIATION** |

WHEREAS, the parties stipulated, and the Court had ordered, that the above-referenced matter would be mediated on or before November 5, 2015;

WHEREAS, the parties, pursuant to the mentioned stipulation, conferred in an initial telephone conference with mediator William S. Freeman;

WHEREAS, at that initial telephone conference the parties set out dates to exchange mediation briefs and to further meet telephonically with mediator William S. Freeman at designated times prior to the mediation;

WHEREAS, the parties set October 26, 2015 as the date for the mediation in compliance with the Court's order to complete mediation by November 5, 2015;

WHEREAS, an unfortunate calendar conflict was missed at the time the date of October 26 was selected. Consequently a conflict which cannot be resolved has occurred. That conflict is a specially set calendar motion in Southern California on a summary judgment which cannot be reset because of a pending trial date in November;

WHEREAS, the parties agreed to move the mediation date but could not agree on an available date before November 5, 2015;

WHEREAS, the parties have agreed to extend the date for the mediation but need the Court to respectfully move the end date by which the mediation must occur;

THEREFORE, the parties stipulate that the end date by which the mediation in the above-referenced matter is completed be on or before January 15, 2016.

IT IS SO STIPULATED.

Dated: October 14, 2015

MORGAN, FRANICH, FREDKIN & MARSH

By: _____
MARK B. FREDKIN
Attorneys for Defendants
PREGAME, LLC and RANDALL JAMES BUSACK

Dated: October 14, 2015

ELLAHIE & FAROOQUI LLP

By: _____
OMAIR M. FAROOQUI
Attorneys for Plaintiff
DROISYS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 14, 2015

_____
HON. PAUL SINGH GREWAL
UNITED STATES MAGISTRATE JUDGE